## 11733.　MADDOX v. BLALOCK.

Exceptions pendente lite are not reviewable by this court upon a final bill of exceptions which does not assign error thereon, although it assigns error on the ruling complained of and recites that exceptions pendente lite to that ruling were filed, and they were brought to this court as a part of the record material to an understanding of the errors complained of.

DECIDED MARCH 8, 1921.

Trover; from city court of Albany — Judge Clayton Jones. July 10, 1920.

*Lippitt & Burt,* for plaintiff in error.

*Milner & Farkas,* contra.

BLOODWORTH, J.　Counsel for the plaintiff in error, in their brief in this court, argue only as to the ruling on the demurrer, which they sought to bring to this court by a bill of exceptions which assigned error on that ruling and recited the filing of exceptions pendente lite thereto which were brought up as a part of the record.　" Before exceptions pendente lite can be considered by this court, error must have been originally assigned in the main bill of exceptions *upon the exceptions pendente lite,* and not merely *upon the judgment complained of* in the exceptions pendente lite, or such an assignment must be made, by the permission of this court, before the argument of the case here." *Ponder* v. *State,* 25 *Ga. App.* 768 (105 S. E. 318 (1)), and cases cited.

*Affirmed. Broyles, C. J., and Luke, J., concur.*